MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar No. 66849
KATHY QUON BRYANT, ESQ., CA Bar No. 213156
100 Shoreline Highway, Suite B-160
Mill Valley, CA 94941
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email: mmeyers@meyerslawgroup.com
         kquonbryant@meyerslawgroup.com

Attorneys for Peter C. Kane, Creditor and
Sole Shareholder

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. 21-30819-HLB |
|---|---|
| KANE CORPORATION, | Chapter 7 |
| Debtor. | Date: November 10, 2022<br>Time: 2:00 p.m.<br>Place: By Tele/Zoom Videoconference<br>Judge: Hon. Hannah L. Blumenstiel |

**SUBMISSION OF STATEMENT OF SUPPORT BY
<u>CORNISH & CAREY COMMERCIAL D/B/A NEWMARK KNIGHT FRANK</u>**

Creditor and sole shareholder PETER C. KANE ("Mr. Kane") hereby submits for the record a letter dated October 26, 2022 signed by Nirav S. Shah, Assistant General Counsel, Co-Head of Litigation for Newmark Group, Inc., the ultimate parent corporation of Cornish & Carey Commercial d/b/a Newmark Knight Frank ("Newmark"), a creditor in the above-referenced chapter 7 case.

DATED:  October 26, 2022

MEYERS LAW GROUP, P.C.


By ____/s/  Merle C. Meyers_____
Merle C. Meyers, Esq.
Attorneys for Peter C. Kane,
Creditor and Sole Shareholder

-1-



Nirav S. Shah
110 East 59th Street 7th Floor
New York, New York 10022
Nirav.Shah@cantor.com

October 26, 2022

Merle Meyers, Esq.
Meyers Law Group, P.C.
100 Shoreline Highway, Suite B-16In0
Mill Valley, CA 94941

   **RE:** <u>**In re Kane Corporation, Case No. 3:21-bk-30819**</u>

Mr. Meyers,

  As you know, I am the Assistant General Counsel, Co-Head of Litigation for Newmark Group, Inc., the ultimate parent corporation of Cornish & Carey Commercial d/b/a Newmark Knight Frank ("Newmark") and in that capacity serve as in-house counsel to Newmark. Newmark has filed a proof of claim in the chapter 7 case of *In re Kane Corporation*, case no. 21-30819-HLB in the amount of $1,260,000.00. On behalf of Newmark, I have negotiated and approved a to-be-proposed plan of reorganization prepared by Peter Kane ("Mr. Kane"). Accordingly, Newmark supports the *Motion of Peter Kane To: (1) Convert Case to Chapter 11; (2) Terminate Plan Exclusivity; (3) Set Claims Bar Date; and (4) Establish Plan Process*, filed herein on October 13, 2022 (the "Conversion Motion," docket no. 58), and the relief sought therein. In addition, Newmark supports the *Combined Plan of Reorganization and Disclosure Statement Proposed by Peter Kane (October ___, 2022)*, attached as Exhibit "A" to the declaration supporting the Conversion Motion, and intends to vote to accept the Plan in the event that it is proposed following conversion of the Kane Corporation case to chapter 11.

                Sincerely,

                */s/ Nirav S. Shah*

                Nirav S. Shah