MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar No. 66849
KATHY QUON BRYANT, ESQ., CA Bar No. 213156
100 Shoreline Highway, Suite B-160
Mill Valley, CA 94941
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:   mmeyers@meyerslawgroup.com
             kquonbryant@meyerslawgroup.com

Attorneys for Peter C. Kane, Plan Proponent

Signed and Filed: February 16, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>KANE CORPORATION,<br><br>Debtor. | Case No. 21-30819-HLB<br><br>Chapter 11 (Converted) |

### ORDER CONFIRMING COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PROPOSED BY PETER KANE (DECEMBER 7, 2022)

On December 7, 2022, Peter C. Kane, as the plan proponent herein ("Mr. Kane"), filed the *Combined Plan of Reorganization and Disclosure Statement Proposed by Peter Kane (December 7, 2022)* (the "Plan," docket no. 90) in the chapter 11 case of KANE CORPORATION (the "Debtor").

On December 22, 2022, the Court entered the *Order Tentatively Approving Disclosures In Combined Plan And Disclosure Statement, Fixing Time For Submitting Ballots And Filing Objections To Confirmation Of Plan And/Or Final Approval Of Disclosures, And Setting Confirmation Hearing* (the "Procedures Order" docket no. 99).  Pursuant to the terms of the Procedures Order, Mr. Kane served the Plan, the Procedures Order, a ballot and a self-addressed stamped envelope (collectively, the "Solicitation Materials"), on all known creditors on December 23, 2022 (docket no. 101).

On January 26, 2023, Mr. Kane filed the *Ballot Tabulation And Voting Results For Combined Plan Of Reorganization And Disclosure Statement (December 7, 2022)* (the "Ballot Tabulation," docket no. 111).

-1-
ORDER CONFIRMING COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PROPOSED BY PETER KANE (DEC. 7, 2022)
32727.DOC 20168

Case: 21-30819    Doc# 114    Filed: 02/16/23    Entered: 02/16/23 15:04:50    Page 1 of 4

On February 2, 2023, Mr. Kane filed the *Plan Proponent's Memorandum In Support Of Plan Confirmation* (the "Confirmation Brief," docket no. 112), as supported by the declaration of Peter C. Kane filed concurrently therewith (the "Kane Declaration").[1] No objections to the Plan were served or filed. On February 16, 2023, a confirmation hearing (the "Confirmation Hearing") was held by the Court. Merle C. Meyers, Esq. and Kathy Quon Bryant appeared on behalf of Mr. Kane, and Matthew Metzger appeared on behalf of the Debtor.

The Court having reviewed and considered the Plan, the Ballot Tabulation, the Confirmation Brief, the Kane Declaration, and all supporting documents filed in connection therewith; for the reasons, findings and conclusions stated orally by the Court during the course of the Confirmation Hearing, notice having been properly given, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The disclosure statement contained in the Plan, tentatively approved by the Court in the Procedures Order, is hereby approved on a final basis as containing adequate information within the meaning of Section 1125(a) of the Bankruptcy Code.

2. As proposed by Mr. Kane in Section B(1) of the Confirmation Brief, Part 1(b)(3) and (6) of the Plan are hereby deemed modified to read as follows:

> 3. Claim no. 4 filed by Peter Kane in the amount of $3,185,706.34 shall be allowed in full and shall be paid 15.75% of such amount, subject to the following: (a) no payment on account of such claim shall be made by the Debtor until and unless all other payments required of the Debtor (as distinguished from payments required of the Special Representative) under this Plan have been made or have been accounted for with appropriate reserves under the provisions of Part 8(c) of this Plan; and (b) payments will be made on the claim only as future cash flow of the Debtor permits, based on the Debtor's projections of anticipated revenues and expenses.

*****

> 6. The scheduled claim of Sunbow Properties, LLC, in the amount of $105,000.00, shall be allowed in full and shall be paid 15.75% of such amount, subject to the following: (a) no payment on account of such claim shall be made by the Debtor until and unless all other payments required of the Debtor (as distinguished from payments required of the Special Representative) under this Plan have been made or have been accounted for with appropriate reserves under the provisions of Part 8(c) of this Plan; and (b) payments will be made on the claim only as future cash flow of the Debtor permits, based on the Debtor's

---

[1] The Ballot Tabulation, the Confirmation Brief, and the Kane Declaration were served on February 2, 2023 (docket no. 113).

Case: 21-30819  Doc# 114  Filed: 02/16/23  Entered: 02/16/23 15:04:59  Page 2 of 4

1. projections of anticipated revenues and expenses.

3. The Court finds and concludes that the Plan, as modified herein, complies with all confirmation requirements of the Bankruptcy Code, including all of those requirements contained in Section 1129 of the Bankruptcy Code.

4. Accordingly, the Plan is hereby CONFIRMED.

** END OF ORDER **

-3-
ORDER CONFIRMING COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PROPOSED BY PETER QUANG DOAN (June 17, 2022)
32727.DOC 20168

Case: 21-30819  Doc# 114  Filed: 02/16/23  Entered: 02/16/23 15:04:50  Page 3 of 4

**COURT SERVICE LIST**