MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar No. 66849
KATHY QUON BRYANT, ESQ., CA Bar No. 213156
100 Shoreline Highway, Suite B-160
Mill Valley, CA 94941
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email: mmeyers@meyerslawgroup.com
       kquonbryant@meyerslawgroup.com

Attorneys for Peter C. Kane,
Creditor and Plan Proponent

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>KANE CORPORATION,<br><br>Debtor. | Case No. 21-30819-HLB<br><br>Chapter 11 (Converted) |

**NOTICE OF (1) ENTRY OF ORDER CONFIRMING THE COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PROPOSED BY PETER KANE (DATED DECEMBER 7, 2022); AND (2) OCCURRENCE OF EFFECTIVE DATE**

TO: ALL CREDITORS AND PARTIES ASSERTING CLAIMS OR INTERESTS AGAINST THE WITHIN BANKRUPTCY ESTATE, EQUITY SECURITY HOLDERS, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST, OR THEIR COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN THAT:**

**1.** CONFIRMATION OF THE PLAN: An order (the "Confirmation Order," docket no. 114) was entered by the United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Bankruptcy Court") in the above-captioned chapter 11 case of KANE CORPORATION (the "Debtor") on February 16, 2023 (the "Confirmation Date") confirming the *Combined Plan Of Reorganization And Disclosure Statement Proposed By Peter Kane (December 7, 2022)* filed on December 7, 2022, (docket no. 90). Unless otherwise defined in this notice, all capitalized terms herein have the meanings ascribed to them in the Plan and the Confirmation Order.

**2.** EFFECTIVE DATE OF THE PLAN: Pursuant to the provisions of the Plan, the

Effective Date of the Plan is **March 9, 2023** (the "Effective Date").

3. BAR DATE FOR TRUSTEE'S AND PROFESSIONALS' FEE APPLICATIONS: Pursuant to the provisions of Part 2(a) of the Plan, the trustee in the preceding chapter 7 case (the "Trustee"), all professionals retained by the Trustee pursuant to Section 327 of the Bankruptcy Code in the chapter 7 case, and all professionals retained by the Debtor pursuant to Section 327 of the Bankruptcy Code in the chapter 11 case (collectively, the Case Professionals"), shall file applications for final approval of fees and reimbursable costs no later than thirty (30) days following the Effective Date, or by April 10, 2023.

4. APPOINTMENT OF SPECIAL REPRESENTATIVE: Pursuant to Part 7 of the Plan, Cornish & Carey Commercial, dba Newmark Knight Frank ("Newmark"), has been appointed as the representative of the Debtor's estate (the "Special Representative"), solely for the purposes of Part 7 of the Plan.

5. **NOTICES:** Pursuant to Part 8(h) of the Plan, all notices to the Debtor and the Special Representative must be addressed as follows:

To the Debtor:

> Kane Corporation
> Attn: Peter Kane, President
> 67 Selby Lane
> Atherton, CA 94027
> Email: kanecorp2022@gmail.com

With a copy to:

> Merle C. Meyers, Esq.
> Meyers Law Group, P.C.
> 100 Shoreline Highway, Suite B160
> Mill Valley, CA 94941
> Email: mmeyers@meyerslawgroup.com

To the Special Representative:

> Cornish & Carey Commercial d/b/a Newmark Knight Frank
> Attn: Joshua Davis, Esq., General Counsel
> 125 Park Avenue
> New York, NY 10017

With a copy to:

Nirav S. Shah, Esq.
Cantor Fitzgerald
110 East 59th Street, Seventh Floor
New York, NY 10022
Email: nirav.shah@cantor.com

DATED: March 9, 2023

                                  MEYERS LAW GROUP, P.C.

By    /s/ *Merle C. Meyers*
      Merle C. Meyers, Esq.
      Attorneys for Peter C. Kane, Creditor
      and Plan Proponent

-3-
NOTICE OF (1) ENTRY OF ORDER CONFIRMING THE COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PROPOSED BY PETER KANE, DATED DECEMBER 7, 2022, AND (2) RELATED EFFECTIVE DATE
32743.DOC 20168

Case 22-30519 Doc# 218 Filed 03/09/23 Entered 03/09/23 10:53:01 Page 3 of 3